# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:11CR33(JCH) |
| ALLEN BROWN, JR., | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Steven V. Stenger, Klar and Izsak, 1505 S. Big Bend Boulevard, St. Louis, Missouri 63117, (314) 863-1117, is appointed to represent Defendant Allen Brown in this cause of action.

**IT IS FURTHER ORDERED** that upon request from newly appointed counsel, the Clerk's Office shall provide copies of the case file.

Dated this 17th day of August, 2011

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE